UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HERBERT CAUSEY                                     CIVIL ACTION

VERSUS                                             NO. 09-2830

N. BURL CAIN                                       SECTION "C"(6)

## REPORT AND RECOMMENDATION

This matter is before the court pursuant to petitioner's "Motion to Delete Petitioner's Ineffective Assistance of Counsel Claim." (Rec. doc. 17). Pursuant to the instant motion, petitioner seeks to dismiss his ineffective assistance of counsel claim, one of three claims which comprise the above-captioned habeas corpus action. Petitioner seeks such a dismissal in order to avoid having his entire habeas petition dismissed based upon his failure, with respect to his ineffective assistance of counsel claim, to exhaust his state court remedies as required under *Rose v. Lundy*, 455 U.S. 509, 102 S. Ct. 1198, 71 L. Ed. 2d 379 (1982).

## RECOMMENDATION

Having considered the merits of petitioner's motion and having ascertained that respondent, N. Burl Cain, has no objection to the instant motion, **IT IS HEREBY**

**RECOMMENDED** that petitioner's motion to delete his ineffective assistance of counsel claim be **GRANTED.**

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Auto. Ass'n*, 79 F. 3d 1415, 1430 (5th Cir. 1996).

New Orleans, Louisiana, this 30th day of July, 2009.

 

LOUIS MOORE, JR.
United States Magistrate Judge