# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERBERT CAUSEY** | CIVIL ACTION |
| **VERSUS** | NO. 09-2830 |
| **N. BURL CAIN** | SECTION "C"(6) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion of petitioner, Herbert Causey, to delete his ineffective assistance of counsel claim as one of the claims comprising the above-captioned habeas corpus action is **HEREBY GRANTED.**

New Orleans, Louisiana, this 25 day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE